IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Turtle Mountain Band of Chippewa Indians, Spirit Lake Tribe, Wesley Davis, Zachery S. King, and Collette Brown<br><br>Plaintiffs,<br><br>vs.<br><br>Alvin Jaeger, in his official capacity as Secretary of State of North Dakota,<br><br>Defendant. | Case No. 3:22-cv-00022<br><br><br>**AFFIDAVIT OF DAVID R. PHILLIPS** |

STATE OF NORTH DAKOTA   )
                         ) SS.
COUNTY OF BURLEIGH       )

Being duly sworn, David R. Phillips, testifies:

1. I am an attorney duly licensed to practice law in the State of North Dakota and am admitted to practice before this Court.

2. I am a member of the firm of Bakke Grinolds Wiederholt, attorney for Defendant Alvin Jaeger, in his official capacity as Secretary of State of North Dakota, in this action. I have personal knowledge of the facts stated herein.

3. Attached hereto as ***Exhibit 1*** is a true and correct copy of House Bill 1504, which created the current legislative districts in North Dakota, and was signed by Governor Burgum on November 11, 2021.

4. Attached hereto as ***Exhibit 2*** is a true and correct copy of the cited Order in *Arkansas State Conference NAACP, et. al. v. The Arkansas Board of Apportionment, et. al.*, Case 4:21-cv-01239.

1

Dated this 15th day of April, 2022.

By: _____
David R. Phillips
Special Assistant Attorney General
ND Bar # 06116
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
dphillips@bgwattorneys.com

STATE OF NORTH DAKOTA   )
                        ) ss.
COUNTY OF BURLEIGH      )

On this 15th day of April, 2022 before me personally appeared David R. Phillips known to me to be the person described in the within and foregoing instrument, and acknowledged to me that he executed the same.

SARAH MARTIN
Notary Public
State of North Dakota
My Commission Expires October 28, 2025

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AFFIDAVIT OF DAVID R. PHILLIPS** was on the 15th day of April, 2022, filed electronically with the Clerk of Court through ECF:

Mark P. Gaber
DC Bar No. 98807
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
mgaber@campaignlegal.org

Molly E. Danahy
DC Bar No. 1643411
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
mdanahy@campaignlegal.org

2

Michael S. Carter
OK No. 31961
Native American Rights Fund
1506 Broadway
Boulder, CO 80301
carter@narf.org

Timothy Q. Purdon
ND No. 05392
ROBINS KAPLAN LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
TPurdon@RobinsKaplan.com

Bryan L. Sells
P.O. BOX 5493
Atlanta, GA 31107-0493
bryan@bryansellslaw.com


By: ___/s/ David R. Phillips___
     DAVID R. PHILLIPS