# Sixty-seventh Legislative Assembly of North Dakota
## In Special Session Commencing Monday, November 8, 2021

HOUSE BILL NO. 1504
(Legislative Management)
(Redistricting Committee)

AN ACT to authorize the secretary of state to modify election deadlines and procedures; to create and enact two new sections to chapter 54-03 of the North Dakota Century Code, relating to legislative redistricting and staggering of terms of members of the legislative assembly; to repeal sections 54-03-01.12 and 54-03-01.13 of the North Dakota Century Code, relating to legislative districts and staggering of terms of members of the legislative assembly; to provide a statement of legislative intent; and to provide an effective date.

**BE IT ENACTED BY THE LEGISLATIVE ASSEMBLY OF NORTH DAKOTA:**

**SECTION 1.** A new section to chapter 54-03 of the North Dakota Century Code is created and enacted as follows:

**Legislative districts.**

Each legislative district is entitled to one senator and two representatives. Districts 4 and 9 are divided into subdistricts, and one representative must be elected from each subdistrict. A representative elected from a subdistrict must be, on the day of election, a qualified elector in the subdistrict from which the representative was chosen. The legislative districts of the state are formed as follows:

1. District 1 consists of that part of the city of Williston and Stony Creek and Williston Townships in Williams County bound by a line commencing at the point where the centerline of thirty-second avenue west intersects with the centerline of twenty-sixth street west, then east on twenty-sixth street west and an extended straight line until it becomes twenty-sixth street east, then east on twenty-sixth street east until it becomes thirteenth avenue east, then north on thirteenth avenue east and an extended straight line until its intersection with the centerline of fifty-fourth street northwest, then east on fifty-fourth street northwest until its intersection with the centerline of one hundred thirty-fourth avenue northwest, also identified as United States highway 85 bypass, then south on one hundred thirty-fourth avenue northwest and an extended straight line until its intersection with the Williston city limit, then south, east, north, and south on the Williston city limit until its intersection with the centerline of state highway 1804, then west on state highway 1804 until its intersection with the centerline of thirty-seventh avenue southeast, then south on thirty-seventh avenue southeast until its intersection with the centerline of forty-ninth lane northwest, then west on forty-ninth lane northwest and an extended straight line until its intersection with the south boundary of Williams County, then west on the south boundary of Williams County until its intersection with an extended line from the centerline of thirty-second avenue west, also identified as one hundred thirty-eighth avenue northwest, then north on a straight line extended from thirty-second avenue west and on thirty-second avenue west to the point of beginning.

2. District 2 consists of all of Burke County and Divide County; all of Williams County except those portions contained in Districts 1 and 23; and Bicker, Cottonwood, Idaho, James Hill, Lostwood, Manitou, Myrtle, Powers, Powers Lake, Ross, Sorkness, and White Earth Townships in Mountrail County.

3. District 3 consists of New Prairie, Sundre, and Surrey Townships in Ward County; and that part of the city of Minot and Nedrose Township in Ward County bound by a line commencing at the point where the centerline of twenty-seventh street northeast intersects with the north boundary of Nedrose Township, also identified as forty-sixth avenue northeast, then east on the north boundary of Nedrose Township until its intersection with the east boundary of

**Exhibit 1**

Nedrose Township, then south on the east boundary of Nedrose Township until its intersection with the south boundary of Nedrose Township, then west on the south boundary of Nedrose Township until its intersection with the Minot city limit, then south and west on the Minot city limit until its intersection with the west boundary of Sundre Township, then north on the west boundary of Sundre Township until its intersection with the centerline of thirteenth street southeast, then north on thirteenth street southeast until its intersection with the centerline of soo street southeast, then north and west on soo street southeast until its intersection with the centerline of seventh street southeast, then north on seventh street southeast until its intersection with the centerline of valley street, then north and west on valley street until its intersection with the centerline of burdick expressway, then west on burdick expressway until its intersection with the centerline of United States highway 83, also identified as south broadway, then north on United States highway 83 until its intersection with the centerline of nineteenth avenue, then east on nineteenth avenue until its intersection with airport road, then east on airport road until its intersection with the centerline of nineteenth avenue northeast, then east on nineteenth avenue northeast and an extended straight line until its intersection with the centerline of twenty-seventh street northeast, then north on twenty-seventh street northeast to the point of beginning.

4. District 4 consists of those portions of Dunn County, McKenzie County, McLean County, Mercer County, Mountrail County, and Ward County within the Fort Berthold reservation; all of Mountrail County except those portions contained in District 2; all of Ward County except those portions contained in Districts 3, 5, 6, 38, and 40; and that part of McLean County bound by a line commencing at the intersection of the Fort Berthold reservation boundary and the north boundary of McLean County, then east on the north boundary of McLean County until its intersection with the centerline of United States highway 83, then south on United States highway 83 until its intersection with the south boundary of Snow Township, then west on the south boundary of Snow Township until its intersection with the southeast corner of North Central McLean Unorganized Township, then west and south on the south boundary of North Central McLean Unorganized Township until its intersection with the south boundary of McLean County, then west on the south boundary of McLean County until its intersection with the Fort Berthold reservation boundary, then north, west, and north on the Fort Berthold reservation boundary to the point of beginning.

   a. District 4A consists of those portions of Dunn County, McKenzie County, McLean County, Mercer County, Mountrail County, and Ward County within the Fort Berthold reservation.

   b. District 4B consists of all of Mountrail County except those portions contained in Districts 2 and 4A; all of Ward County except those portions contained in Districts 3, 4A, 5, 6, 38, and 40; and that part of McLean County bound by a line commencing at the intersection of the Fort Berthold reservation boundary and the north boundary of McLean County, then east on the north boundary of McLean County until its intersection with the centerline of United States highway 83, then south on United States highway 83 until its intersection with the south boundary of Snow Township, then west on the south boundary of Snow Township until its intersection with the southeast corner of North Central McLean Unorganized Township, then west and south on the south boundary of North Central McLean Unorganized Township until its intersection with the south boundary of McLean County, then west on the south boundary of McLean County until its intersection with the Fort Berthold reservation boundary, then north, west, and north on the Fort Berthold reservation boundary to the point of beginning.

5. District 5 consists of that part of the city of Minot and Harrison Township in Ward County bound by a line commencing at the point where the centerline of sixteenth street northwest intersects with the centerline of fourth avenue northwest, then east on fourth avenue northwest until it becomes third avenue northwest, then east on third avenue northwest until its intersection with the centerline of United States highway 83, also identified as north broadway, then south on United States highway 83 until its intersection with burdick expressway, then east on burdick expressway until its intersection with the centerline of valley

street, then south and east on valley street until its intersection with the centerline of seventh street southeast, then south on seventh street southeast until its intersection with the centerline of soo street, then south and east on soo street until its intersection with the centerline of thirteenth street southeast, then south on thirteenth street southeast until its intersection with the centerline of eleventh avenue southeast, then east on eleventh avenue southeast until its intersection with the centerline of thirteenth street southeast, then south on thirteenth street southeast until its intersection with the centerline of Untied States highway 2, also identified as United States highway 52, until its intersection with the centerline of United States highway 83, also identified as south broadway, then south on United States highway 83 until its intersection with the centerline of thirty-seventh avenue southwest, then west on thirty-seventh avenue southwest until its intersection with the centerline of thirtieth street southwest, then north on thirtieth street southwest until its intersection with the centerline of twentieth avenue southwest, then north and west on twentieth avenue southwest until its intersection with the centerline of thirty-third street southwest, then north on thirty-third street southwest until its intersection with the centerline of United States highway 2, then east on United States highway 2 until its intersection with the centerline of the United States highway 83 bypass, then north on the United States highway 83 bypass until its intersection with the centerline of the Canadian Pacific railway company right of way, then east on the Canadian Pacific railway right of way until its intersection with the centerline of sixteenth street northwest, then north on sixteenth street northwest to the point of beginning.

6. District 6 consists of all of Bottineau County, McHenry County, and Renville County; all of McLean County except those portions contained in Districts 4 and 33; and that part of Ward County bound by a line commencing at the point where the centerline of United States highway 83 intersects with the north boundary of Freedom Township, also identified as one hundred twenty-first avenue southeast, then east on the north boundaries of Freedom, Sawyer, and Willis Townships to the east boundary of Ward County, then south on the east boundary of Ward County to the south boundary of Ward County, then west on the south boundary of Ward County until its intersection with the centerline of United States highway 83, then north on United States highway 83 to the point of beginning.

7. District 7 consists of that part of the city of Bismarck and Hay Creek Township in Burleigh County bound by a line commencing at the point where the north boundary of Hay Creek Township intersects with the centerline of the Missouri River, then east and south on the boundary of Hay Creek Township until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the centerline of United States highway 83, also identified as state street, then north on United States highway 83 until its intersection with the centerline of forty-third avenue northeast, then west on forty-third avenue northeast until its intersection with the centerline of north washington street, then north on north washington street until its intersection with the centerline of fifty-seventh avenue northwest, then west on fifty-seventh avenue northwest and an extended straight line until its intersection with the centerline of river road, then north and west on river road until its intersection with the centerline of the north segment of burnt creek loop, then west and south on burnt creek loop until its intersection with the centerline of a straight line extended east from magnolia drive, then southwest on an extended straight line until its intersection with olive tree drive, then west on olive tree drive and an extended straight line until its intersection with the centerline of the Missouri River, then north and west on the Missouri River to the point of beginning.

8. District 8 consists of all of Emmons County; the city of Wilton in Burliegh and McLean Counties; Boyd, Burnt Creek-Riverview, Gibbs, Glenview, Logan, Long Lake, Menoken, Morton, Naughton, Taft, Telfer, Thelma, Painted Woods, and Wild Rose Townships in Burleigh County; that part of Ecklund Township bound by a line commencing at the point where the north boundary of Ecklund Township intersects with the west boundary of Ecklund Township, then east, south, east, north, and east on the north boundary of Ecklund Township until its intersection with the centerline of twenty-sixth street northeast, then south on twenty-sixth street northeast until its intersection with the south boundary of Ecklund Township, then east

and north on the south boundary of Ecklund Township to the point of beginning; that part of the city of Bismarck in Burleigh County bound by a line commencing at the point where the centerline of interstate highway 94 intersects with the centerline of business interstate highway 94, also identified as centennial road, then east on interstate highway 94 until its intersection with the west boundary of Gibbs Township and the Bismarck city limit, then south on the west boundary of Gibbs Township until its intersection with the centerline of seventeenth avenue northeast, then west on seventeenth avenue northeast until its intersection with the centerline of fifty-sixth street northeast, then north on fifty-sixth street northeast until its intersection with the extended centerline of miriam avenue, then west on the extended centerline of miriam avenue and on miriam avenue until its intersection with the centerline of business interstate highway 94, also identified as centennial road, then north on business interstate highway 94 to the point of beginning; and that part of Apple Creek and Missouri Townships in Burleigh County bound by a line commencing at the point where the west boundary of Apple Creek Township intersects with the east boundary of the Bismarck city limit, then east and south on the west boundary of Apple Creek Township until its intersection with the east boundary of Missouri Township, then south and west on the east boundary of Missouri Township until its intersection with the centerline of the Missouri River, then north on the centerline of the Missouri River until its intersection with an extended line from the centerline of ninety-third street southeast, then north on a straight line extended from ninety-third street southeast and on ninety-third street southeast until its intersection with the centerline of seventy-sixth avenue southeast, then west on seventy-sixth avenue southeast, also identified as the south boundary of Apple Creek Township, until its intersection with the centerline of sixty-sixth street southeast, then north on sixty-sixth street southeast until its intersection with the centerline of forty-eighth avenue southeast, then west on forty-eighth avenue southeast until its intersection with the west boundary of Apple Creek Township, then north on the west boundary of Apple Creek Township to the point of beginning.

9. District 9 consists of all of Rolette County; all of Towner County except that portion contained in District 15; and all of Cavalier County except that portion contained in District 19.

   a. District 9A consists of all of Rolette County except that portion contained in District 9B.

   b. District 9B consists of all of Towner County except that portion contained in District 15; all of Cavalier County except that portion contained in District 19; and that part of Rolette County bound by a line commencing at the intersection of the centerline of United States highway 281, also identified as thirtieth avenue northeast, and the north boundary of Rolette County, then east on the north boundary of Rolette County to the east boundary of Rolette County, then south on the east boundary of Rolette County until its intersection with the centerline of ninety-sixth street northeast, then west on ninety-sixth street northeast until its intersection with the centerline of BIA road 1, also identified as forty-eighth avenue northeast, then north on BIA road 1 until its intersection with the centerline of BIA road 4, also identified as one hundred second street northeast, then west on BIA road 4 until its intersection with the centerline of BIA road 23, then south on BIA road 23 until its intersection with the centerline of BIA road 8, also identified as jackrabbit road, then west on BIA road 8 until its intersection with the centerline of BIA road 25, also identified as thirty-first avenue northeast, then south on BIA road 25 until its intersection with the centerline of ninety-seventh street northeast, then west on ninety-seventh street northeast until its intersection with the Dunseith city limit, then south, west, and north on the Dunseith city limit until its intersection with the centerline of ninety-seventh street northeast, then east on ninety-seventh street northeast until its intersection with United States highway 281, also identified as thirtieth avenue northeast, then north on United States highway 281 to the point of beginning.

10. District 10 consists of that part of the city of Fargo in Cass County bound by a line commencing at the point where the centerline of seventh avenue east intersects the centerline of seventeenth street east, also identified as fifty-second street southwest, then east on seventh street east until its intersection with the centerline of forty-fifth street south, then south

on forty-fifth street south until its intersection with the centerline of thirteenth avenue south, then east on thirteenth avenue south until its intersection with the centerline of interstate highway 29, then south on interstate highway 29 until its intersection with the centerline of fortieth avenue south, then west on fortieth avenue south until its intersection with the centerline of forty-fifth street south, then north on forty-fifth street south until its intersection with the centerline of thirty-third avenue south, then west on thirty-third avenue south until its intersection with the centerline of veterans boulevard, also identified as ninth street east, then north on veterans boulevard until its intersection with the centerline of seter parkway south, then east on seter parkway south until its intersection with the centerline of fifty-fifth street south, then north on fifty-fifth street south until its intersection with the centerline of twenty-eighth avenue south, then east on twenty-eighth avenue south until its intersection with the centerline of fifty-first street south, then north on fifty-first street south until its intersection with the centerline of interstate highway 94, then east on interstate highway 94 until its intersection with the west boundary of the West Fargo city limit, then north on the West Fargo city limit, also identified as seventeenth street east, to the point of beginning.

11. District 11 consists of that part of the city of Fargo in Cass County bound by a line commencing at the point where the centerline of thirteenth avenue south intersects the centerline of interstate highway 29, then east on thirteenth avenue south until its intersection with the centerline of twenty-fifth street south, then north on twenty-fifth street south until its intersection with the centerline of ninth avenue south, then east on ninth avenue south until its intersection with the centerline of tenth street south, then south on tenth street south until its intersection with the centerline of thirteenth avenue south, then east on thirteenth avenue south until its intersection with the centerline of the Red River, also identified as the east boundary of Cass County, then south on the centerline of the Red River until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the centerline of United States highway 81, also identified as south university drive, then south on United States highway 81 until its intersection with the centerline of twenty-fourth avenue south, then west on twenty-fourth avenue south until its intersection with the centerline of twenty-fifth avenue south, then west on twenty-fifth avenue south until its intersection with the centerline of twenty-fifth street south, then north on twenty-fifth street south until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the centerline of interstate highway 29, then north on interstate highway 29 to the point of beginning.

12. District 12 consists Ashland, Bloom, Corinne, Courtenay, Durham, Fried, Gray, Nogosek, Rose, Spiritwood, and Winfield Townships in Stutsman County; and that part of the city of Jamestown and Woodbury Township in Stutsman County bound by a line commencing at the point where the north boundary of Jamestown Township intersects with the centerline of Pipestem Creek, then west, north, west, south, west, south, east, north, east, south, west, south, east, south, east, south, west, north, west, southeast, northwest, and south on the boundary of Jamestown Township until its intersection with the centerline of eighty-fifth avenue southeast, also identified as county road 39, then south on eighty-fifth avenue southeast until its intersection with the centerline of thirty-seventh street southeast, then west on thirty-seventh street southeast until its intersection with the centerline of tenth avenue southwest, then north on tenth avenue southwest until its intersection with the south boundary of Jamestown Township, then west on an extended south boundary and the south boundary of Jamestown Township until its intersection with the west boundary of Jamestown Township, then north, west, north, east, north, west, north, east, north, and east on the boundary of Jamestown Township until its intersection with the centerline of business interstate highway 94, then east on business interstate highway 94 until its intersection with the centerline of United States highway 52, then north on United States highway 52 until its intersection with the centerline of Pipestem Creek, also identified as the James River, then northwest on the Pipestem Creek until its intersection with the west boundary of the Jamestown city limit, then north on the Jamestown city limit until its intersection with the centerline of Pipestem Creek, then north on Pipestem Creek to the point of beginning.

13. District 13 consists of that part of the city of West Fargo and Barnes and Mapleton Townships in Cass County bound by a line commencing at the point where the centerline of county road 10, also identified as twelfth avenue northwest, intersects the centerline of thirty-eighth street northwest, then east on county road 10 until its intersection with the centerline of the Sheyenne River, then south on the Sheyenne River until its intersection with the centerline of business interstate highway 94, also identified as United States highway 10, then east on business interstate highway 94 until its intersection with the centerline of seventeenth street east, then south on seventeenth street east until its intersection with the centerline of seventeenth avenue east, then west on seventeenth avenue east until its intersection with the centerline of ninth street east, also identified as nineteenth avenue east, then south on ninth street east until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the centerline of thirty-eighth street northwest, then north on thirty-eighth street northwest to the point of beginning.

14. District 14 consists of all of Kidder County, Pierce County, Sheridan County, and Wells County; all of Benson County except Lallie, Lohnes, Minco, Mission, Oberon, Rock, Twin Tree, Warwick, West Bay, and Wood Lake Townships and Fort Totten and Lallie North Unorganized Townships; all of Eddy County except that part within the Spirit Lake reservation and that part of Freeborn Township bound by a line commencing at the point where the east boundary of the Spirit Lake reservation intersects the north boundary of Eddy County, then east and south on the boundary of Eddy County until its intersection with the boundary of the Spirit Lake reservation, then north and west on the Spirit Lake reservation boundary to the point of beginning; and those portions of Burleigh County not contained in Districts 7, 8, 30, 32, 35, and 47.

15. District 15 consists of all of Ramsey County; Atkins, Bethel, Cando, Coolin, Maza, Olson, Springfield, and Zion Townships in Towner County; Lallie, Lohnes, Minco, Mission, Oberon, Rock, Twin Tree, Warwick, West Bay, and Wood Lake Townships and Fort Totten and Lallie North Unorganized Townships in Benson County; those portions of Eddy County within the Spirit Lake reservation; and that part of Freeborn Township in Eddy County bound by a line commencing at the intersection of the Spirit Lake reservation boundary and the north boundary of Eddy County, also identified as thirtieth street northeast, then east on the north boundary of Eddy County until its intersection with the east boundary of Eddy County, also identified as ninety-sixth avenue northeast, then south on the east boundary of Eddy County until its intersection with the Spirit Lake reservation boundary, then north on the Spirit Lake reservation boundary to the point of beginning.

16. District 16 consists of that part of the cities of Fargo and West Fargo and Barnes Township in Cass County bound by a line commencing at the point where the centerline of interstate highway 94 intersects an extended centerline of fourteenth street west, then southeast on interstate highway 94 until its intersection with the centerline of ninth street east, then north on ninth street east until its intersection with the centerline of seventeenth avenue east, then east on seventeenth avenue east until its intersection with the east boundary of the West Fargo city limit, then south on the east boundary of the West Fargo city limit until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with an extended line from the centerline of fifty-first street south, then south on a straight line extending from fifty-first street south and on fifty-first street south until its intersection with the centerline of twenty-eighth avenue south, then west on twenty-eighth avenue south until its intersection with the centerline of fifty-fifth street south, then south on fifty-fifth street south until its intersection with the centerline of seter parkway south, then west on seter parkway south until its intersection with the centerline of veterans boulevard, also identified as ninth street east, then south on veterans boulevard until its intersection with the centerline of fortieth avenue south, then west on fortieth avenue south until its intersection with the centerline of ninth street west, then north on ninth street west until its intersection with the south boundary of the fortieth avenue west park, then northwest along the south boundary of the fortieth avenue west park and on an extended straight line until its intersection with the centerline of fifteenth street west, then north on fifteenth street west and an extended straight line until its

intersection with the centerline of fourteenth street west, then north on fourteenth street west and an extended straight line to the point of beginning.

17. District 17 consists of that part of the city of Grand Forks and Grand Forks and Walle Townships in Grand Forks County bound by a line commencing at the intersection of the centerline of thirty-second avenue south and the centerline of interstate highway 29, then east on thirty-second avenue south until its intersection with the centerline of south columbia road, then south on south columbia road until its intersection with the centerline of fortieth avenue south, then east on fortieth avenue south until its intersection with the centerline of United States business highway 81, then north on United States business highway 81 until its intersection with the centerline of seventeenth avenue south, then east on seventeenth avenue south and an extended straight line until its intersection with the centerline of the Red River, then south on the Red River until its intersection with the south boundary of Walle Township, then west on the south boundary of Walle Township until its intersection with the centerline of interstate highway 29, then north on interstate highway 29 to the point of beginning.

18. District 18 consists of that part of the city of Grand Forks and Falconer, Ferry, and Turtle River Townships in Grand Forks County bound by a line commencing at the point where the centerline of eighteenth street northeast intersects with the north boundary of Grand Forks County, also identified as thirty-sixth avenue northeast, then east on the north boundary of Grand Forks County until its intersection with the centerline of the Red River, then south on the Red River until its intersection with an extended straight line from the centerline of seventeenth avenue south, then west on a straight line extended from seventeenth avenue south and on seventeenth avenue south until its intersection with the centerline of United States business highway 81, then south on United States business highway 81 until its intersection with the centerline of twenty-eighth avenue south, then west on twenty-eighth avenue south until its intersection with the centerline of south seventeenth street, then north on south seventeenth street until its intersection with the centerline of twenty-fourth avenue south, then east on twenty-fourth avenue south until its intersection with the centerline of south twentieth street, then north on south twentieth street until its intersection with the centerline of the BNSF railway company right of way, then east on the BNSF railway company right of way until its intersection with the centerline of north sixteenth street, then north on north sixteenth street until its intersection with the centerline of sixth avenue north, then west on sixth avenue north until its intersection with the centerline of north twentieth street, then north on north twentieth street until its intersection with the centerline of United States highway 2, also identified as gateway drive, then west on United States highway 2 until its intersection with the centerline of interstate highway 29, then north and west on interstate highway 29 until its intersection with the centerline of twenty-fourth avenue northeast, then west on twenty-fourth avenue northeast until its intersection with the centerline of eighteenth street northeast, then north on eighteenth street northeast to the point of beginning.

19. District 19 consists of all of Pembina County; all of Walsh County except that portion contained in District 20; and Alma, East Alma, Fremont, Hay, Hope, Loam, Montrose, North Olga, Osford, and South Olga Townships in Cavalier County.

20. District 20 consists of all of Traill County; all of Grand Forks County except for those portions contained in Districts 17, 18, 42, and 43; and Ardoch, Forest River, Ops, Prairie Centre, Walsh Centre, and Walshville Townships in Walsh County.

21. District 21 consists of that part of the cities of Fargo and West Fargo in Cass County bound by a line commencing at the point where the centerline of United States highway 10, also identified as business interstate highway 94, intersects with the centerline of seventeenth street east, then east on United States highway 10 until its intersection with the centerline of interstate highway 29, then north on interstate highway 29 until its intersection with the centerline of twelfth avenue north, then east on twelfth avenue north until its intersection with the centerline of the BNSF railway company right of way, then south on the BNSF railway

company right of way until its intersection with the centerline of seventh avenue north, then east on seventh avenue north until its intersection with the centerline of twelfth street north, then south on twelfth street north until its intersection with the centerline of the BNSF railway company right of way, then east on the BNSF railway company right of way until its intersection with the centerline of tenth street north, also identified as United States highway 81, then south on tenth street north until its intersection with the centerline of business interstate highway 94, also identified as United States highway 10, then east on interstate highway 94 until its intersection with the centerline of the Red River, then south on the Red River until its intersection with the centerline of thirteenth avenue south, then west on thirteenth avenue south until its intersection with the centerline of tenth street south, then north on tenth street south until its intersection with the centerline of ninth avenue south, then west on ninth avenue south until its intersection with the centerline of twenty-fifth street south, then south on twenty-fifth street south until its intersection with the centerline of thirteenth avenue south, then west on thirteenth avenue south until its intersection with forty-fifth street south, then north on forty-fifth street south until its intersection with the centerline of seventh avenue east, then west on seventh avenue east until its intersection with the centerline of seventeenth street east, then north on seventeenth street east to the point of beginning.

22. District 22 consists of all of Cass County except those portions contained in Districts 10, 11, 13, 16, 21, 27, 41, 44, 45, and 46.

23. District 23 consists of Buford, Hardscrabble, and Trenton Townships in Williams County; and that part of the city of Williston and Judson, Missouri Ridge, Mont, Pherrin, Round Prairie, and Williston Townships in Williams County bound by a line commencing at a point where the centerline of a straight line extending west from fiftieth street northwest intersects the west boundary of Round Prairie Township, then west on the extended line and fiftieth street northwest until its intersection with the centerline of one hundred fifty-first avenue northwest, then south on one hundred fifty-first avenue northwest until its intersection with the centerline of United States highway 2, then east on United States highway 2 until its intersection with the centerline of United States highway 85, then north, west, and east on United States highway 85 until its intersection with the centerline of one hundred thirty-fourth avenue northwest, also identified as state business highway 85, then south on one hundred thirty-fourth avenue northwest until its intersection with the centerline of fifty-fourth street northwest, then west on fifty-fourth street northwest until its intersection with an extended straight line from the centerline of thirteenth avenue east, then south on a straight line extended from thirteenth avenue east and on thirteenth avenue until it becomes twenty-sixth street east, then west on twenty-sixth street east and an extended straight line until its intersection with the centerline of thirty-second avenue west, then south on thirty-second avenue west until its intersection with the centerline of one hundred thirty-eighth avenue northwest, then south on one hundred thirty-eighth avenue northwest and an extended straight line until its intersection with the centerline of the Missouri River, then west, south, east, and north on the Missouri River until its intersection with the west boundary of Round Prairie Township, then north on the west boundary of Round Prairie Township to the point of beginning.

24. District 24 consists of all of Barnes County and Ransom County.

25. District 25 consists of all of Richland County and Marboe and Tewaukon Townships in Sargent County.

26. District 26 consists of all of McKenzie County except that portion contained in the Fort Berthold reservation; all of Halliday and Killdeer Townships in Dunn County; and that part of South Dunn Township in Dunn County bound by a line commencing at the point where the north boundary of South Dunn Township intersects the centerline of one hundred first avenue southwest, then east on the north boundary of South Dunn Township until its intersection with the east boundary of Dunn County, then south on the east boundary of Dunn County until its intersection with an extended line from the centerline of eighteenth street southwest, then west on a straight line extending from eighteenth street southwest and on eighteenth street

southwest until its intersection with the centerline of one hundred first avenue southwest, then north on one hundred first avenue southwest to the point of beginning.

27. District 27 consists of that part of Pleasant and Stanley Townships in Cass County; and that part of the cities of Fargo and Horace in Cass County bound by a line commencing at the point where the centerline of fifty-second avenue intersects the extended centerline of seventy-sixth street south, then east on fifty-second avenue until its intersection with the centerline of veterans boulevard south, then north on veterans boulevard south until its intersection with the centerline of thirty-third avenue south, then east on thirty-third avenue south until its intersection with the centerline of forty-fifth street south, then south on forty-fifth street south until its intersection with the north boundary of Stanley Township, then east on the north boundary of Stanley Township and the extended centerline of the north boundary of Stanley Township until its intersection with the centerline of interstate highway 29, then south on interstate highway 29 until its intersection with the centerline of sixty-fourth avenue south, then east on sixty-fourth avenue south until its intersection with the east boundary of Stanley Township, then south on the east boundary of Stanley Township until its intersection with an extended straight line from the centerline of seventy-third avenue south, then east on the straight line extended from seventy-third avenue south and on seventy-third avenue south until its intersection with the centerline of seventy-fifth avenue south, also identified as sixteenth street south, then south and east on seventy-fifth avenue south until its intersection with the centerline of eagle point drive south, then south on eagle point drive south until its intersection with the centerline of seventy-sixth avenue south, then east on seventy-sixth avenue south until its intersection with the centerline of south university drive, then south on south university drive until its intersection with the north boundary of Stanley Township, then east and north on the north boundary of Stanley Township until its intersection with the centerline of chrisan boulevard, then northeast on chrisan boulevard until its intersection with the centerline of seventy-first avenue south, then west on seventy-first avenue south until its intersection with the west boundary of Stanley Township, then north, west, north, and east on the boundary of Stanley Township until its intersection with the centerline of the Red River, then south on the Red River until its intersection with the south boundary of Pleasant Township, then west and north on the south boundary of Pleasant Township until its intersection with the south boundary of the Horace city limit, then west on the south boundary of the Horace city limit until its intersection with the west boundary of the Horace city limit, then north on the west boundary of the Horace city limit to the point of beginning.

28. District 28 consists of all of Dickey County, LaMoure County, Logan County, and McIntosh County; and all of Sargent County except that portion contained in District 25.

29. District 29 consists of all of Foster County, Griggs County, Nelson County, and Steele County; and all of Stutsman County except that portion contained in District 12.

30. District 30 consists of those parts of the city of Bismarck, and Apple Creek, Hay Creek, Lincoln-Fort Rice, and Missouri Townships in Burleigh County bound by a line commencing at a point where the centerline of the Missouri River intersects with the centerline of west bismarck expressway, then east on west bismarck expressway until its intersection with the east property line of the riverwood golf course, then south on the east property line of the riverwood golf course until its intersection with a straight line extended west from tucson avenue, then east on the extended line until its intersection with the centerline of south washington street, then south on south washington street until its intersection with the centerline of east burleigh avenue, then east on east burleigh avenue until its intersection with the centerline of south twelfth street, then north on south twelfth street until its intersection with the centerline of basin avenue, then east on basin avenue until its intersection with the centerline of airport road, then north and east on airport road until its intersection with the centerline of east broadway avenue, then west on east broadway avenue until its intersection with the centerline of north nineteenth street, then north on north nineteenth street and a straight line extended north from north nineteenth street until its intersection with the centerline of east boulevard avenue, then east on east boulevard avenue until its intersection with the

centerline of north twenty-sixth street, then north on north twenty-sixth street until its intersection with the centerline of east divide avenue, then east on east divide avenue until its intersection with the centerline of east bismarck expressway, then north on east bismarck expressway until its intersection with the centerline of interstate highway 94, then east and north on interstate highway 94 until its intersection with a straight line extending north from brigade street, then south on the extended line until its intersection with the centerline of miriam avenue, then east on miriam avenue until its intersection with the centerline of fifty-second street northeast, then south on fifty-second street northeast until its intersection with the boundary of Apple Creek Township, then west and south on the boundary of Apple Creek Township until its intersection with a straight line extending south from cavalry drive, then south on the extended line until its intersection with the centerline of lincoln road, then east on lincoln road until its intersection with the centerline of fifty-second street southeast, then south on fifty-second street southeast until its intersection with the centerline of forty-eighth avenue southeast, then east on forty-eighth avenue southeast until its intersection with the centerline of sixty-sixth street southeast, then south on sixty-sixth street southeast until its intersection with the centerline of seventy-sixth avenue southeast, then east on seventy-sixth avenue southeast until its intersection with the centerline of ninety-third street southeast, then south on ninety-third street southeast until its intersection with the centerline of the Missouri River, then north, west, and east on the Missouri River to the point of beginning.

31. District 31 consists of all of Grant County and Sioux County; Acme, Beery, Brittian, Campbell, Cannon Ball, Castle Rock, Central Hettinger, Chilton, Farina, Highland, Mott, Odessa, Solon, Steiner, and Walker Townships in Hettinger County; and that part of Morton County not contained in Districts 33, 34, and 36.

32. District 32 consists of those parts of the city of Bismarck and Lincoln-Fort Rice Township in Burleigh County bound by a line commencing at the point where the centerline of business interstate highway 94, also identified as west main avenue, intersects the centerline of the Missouri River, then east on business interstate highway 94 until its intersection with the centerline of rosser avenue, then east on rosser avenue until its intersection with the centerline of bell street, then north on bell street until its intersection with the centerline of west avenue c, then east on west avenue c until its intersection with the centerline of griffin street, then north on griffin street until its intersection with the centerline of tom o'leary trail, then east on tom o'leary trail until its intersection with the centerline of north washington street, then south on north washington street until its intersection with the centerline of west avenue c, then east on west avenue c until its intersection with the centerline of first street, then south on first street until its intersection with the centerline of east broadway avenue, then east on east broadway avenue until its intersection with the centerline of north ninth street, then north on north ninth street until its intersection with the centerline of east avenue e, then east on east avenue e until its intersection with the centerline of north nineteenth street, then south on north nineteenth street until its intersection with the centerline of east broadway avenue, then east on east broadway avenue until its intersection with the centerline of airport road, then south on airport road until its intersection with the centerline of basin avenue, then west on basin avenue until its intersection with the centerline of south twelfth street, then south on south twelfth street until its intersection with the centerline of east burleigh avenue, then west on east burleigh avenue until its intersection with the centerline of south washington street, then north on south washington street until its intersection with a straight line extended west from tucson avenue, then west on the straight line until its intersection with the east property line of the riverwood golf course, then north on the east property line of the riverwood golf course until its intersection with the centerline of west bismarck expressway, then west on west bismarck expressway until its intersection with the centerline of the Missouri River, then north and west on the Missouri River to the point of beginning.

33. District 33 consists of all of Oliver County; all of Mercer County except that portion within in the Fort Berthold reservation; that part of the city of Mandan and East Morton Township in Morton County bound by a line commencing at the point where the north boundary of Morton County intersects the west boundary of East Morton Township, then west on the north boundary of

Morton County until its intersection with the centerline of the Missouri River, then south and east on the Missouri River until its intersection with the centerline of a straight line extended west from old red trail, then west on the extended line until its intersection with the Mandan city limit, then north, west, and south on the Mandan city limit until its intersection with a straight line extending north from the east property line of union cemetery, then south on the extended straight line until its intersection with the north property line of union cemetery, then west on the north property line of union cemetery and an extended straight line until its intersection with the centerline of old red trail, then west on old red trail until its intersection with the centerline of highland road, then north and west on highland road until its intersection with the Mandan city limit, then west and south on the Mandan city limit until its intersection with the centerline of old red trail, then west on old red trail until its intersection with the centerline of twenty-fifth avenue, then south on twenty-fifth avenue until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the west boundary of East Morton Township, then north on the west boundary of East Morton Township to the point of beginning; and that part of Longfellow, South McLean, Underwood, and Victoria Townships in McLean County bound by a line commencing at a point where the centerline of the Missouri River intersects the north boundary of Underwood Township, then north and east on the boundary of Underwood Township until its intersection with the north boundary of Victoria Township, then east on the north boundary of Victoria Township until its intersection with the centerline of United States highway 83, then south on United States highway 83 until its intersection with the Washburn city limit, then north, east, and south on the Washburn city limit until its intersection with the centerline of ninth street southwest, then east on ninth street southwest until its intersection with the centerline of state highway 41, then south on state highway 41 until its intersection with the centerline of twenty-sixth street northeast, then west and south on twenty-sixth street northeast until its intersection with the south boundary of McLean County, then west on the south boundary of McLean County until its intersection with the Wilton city limit, then west, north, and south on the Wilton city limit until its intersection with the south boundary of McLean County, then west on the south boundary of McLean County until its intersection with the centerline of the Missouri River, then north and west on the Missouri River to the point of beginning.

34. District 34 consists of that part of the city of Mandan and Mandan Unorganized Township in Morton County bound by a line commencing at a point where the Mandan city limit intersects a straight line extending west from the centerline of division street northwest, then east on the straight line and division street northwest until its intersection with the centerline of collins avenue, then north on collins avenue until its intersection with the centerline of interstate highway 94, then east and south on interstate highway 94 until its intersection with the centerline of Mandan avenue, then south on Mandan avenue until its intersection with the centerline of business interstate highway 94, also identified as memorial highway, then south and east on business interstate highway 94 until its intersection with the centerline of the Missouri River, then south on the Missouri River until its intersection with a straight line extending east from forty-seventh street, then west on the extended line and forty-seventh street until its intersection with the centerline of state highway 1806, then north on state highway 1806 until its intersection with the centerline of fort lincoln road, then north on fort lincoln road until its intersection with the centerline of state highway 1806, then north and west on state highway 1806 until its intersection with the centerline of nineteenth street southeast, then west on nineteenth street southeast until its intersection with the Mandan city limit, then south, east, west, and north on the Mandan city limit until its intersection with the centerline of twenty-seventh street southeast, then east on twenty-seventh street southeast until its intersection with the centerline of fourteenth avenue, then south and east on fourteenth avenue until its intersection with the centerline of percheron drive, then south and west on percheron drive until its intersection with the centerline of buckskin road, then north and west on buckskin road until its intersection with the centerline of tenth avenue, then north on tenth avenue until its intersection with the centerline of twenty-seventh street, then west on twenty-seventh street and an extended straight line until it intersects with the Mandan city limit, then west and north on the Mandan city limit until it intersects with a straight line extending south

from the centerline of ridge drive, then north on the extended line until it intersects with the centerline of lincoln court, then east on lincoln court until its intersection with the centerline of westview place, then north on westview place until its intersection with the centerline of twenty-third street southeast, then west on twenty-third street southeast until its intersection with a straight line extending south from the centerline of ridge drive, then north on the extended line and ridge drive until its intersection with the centerline of nineteenth street southeast, then west on nineteenth street southeast until its intersection with the centerline of state highway 6, then north on state highway 6 until its intersection with the centerline of sunny road, then west on sunny road and an extended straight line until its intersection with the centerline of sixteenth avenue southwest, then north and east on the extended line and sixteenth avenue southwest until its intersection with the Mandan city limit, then north, east, and west on the Mandan city limit to the point of beginning.

35. District 35 consists of that part of the city of Bismarck in Burleigh County bound by a line commencing at a point where the centerline of the Missouri River intersects the centerline of interstate highway 94, then east on interstate highway 94 until its intersection with the centerline of east bismarck expressway, then south on east bismarck expressway until its intersection with the centerline of east divide avenue, then west on east divide avenue until its intersection with the centerline of north twenty-sixth street, then south on north twenty-sixth street until its intersection with the centerline of east boulevard avenue, then west and south on east boulevard avenue until its intersection with the centerline of north nineteenth street, then south on north nineteenth street and a straight line extended south from north nineteenth street until its intersection with the centerline of east avenue e, then west on east avenue e until its intersection with the centerline of north ninth street, then south on north ninth street until its intersection with the centerline of east broadway avenue, then west on east broadway avenue until its intersection with the centerline of north first street, then north on north first street until its intersection with the centerline of west avenue c, then west on west avenue c until its intersection with the centerline of north washington street, then north on north washington street until its intersection with the centerline of tom o'leary trail, then west on tom o'leary trail until its intersection with the centerline of griffin street, then south on griffin street until its intersection with the centerline of west avenue c, then west on west avenue c until its intersection with the centerline of bell street, then south on bell street until its intersection with the centerline of rosser avenue, then west on rosser avenue until its intersection with the centerline of business interstate highway 94, also identified as west main avenue, then west on business interstate highway 94 until its intersection with the centerline of the Missouri River, then north and west on the Missouri River to the point of beginning.

36. District 36 consists of all of West Morton Township in Morton County; that part of South Dunn Township in Dunn County not contained in Districts 26 and 39; that part of East Morton Township in Morton County bound by a line commencing at the point where the centerline of county road 84 intersects with the centerline of interstate highway 94, then east on interstate highway 94 until its intersection with the centerline of Sweet Briar Creek, then south on Sweet Briar Creek until its intersection with the centerline of old highway 10, then east on old highway 10 until its intersection with an extended straight line from the centerline of thirty-eighth avenue, then south on a straight line extended from thirty-eighth avenue, on thirty-eighth avenue, and on a straight line extended from thirty-eighth avenue until its intersection with an extended line from the centerline of forty-first street, then west on a straight line extended from forty-first street and on forty-first street until its intersection with the centerline of county road 84, then north on county road 84 to the point of beginning; and those portions of the city of Dickinson and Dickinson North and East Stark Townships in Stark County bound by a line commencing at the point where the centerline of one hundred seventh avenue southwest intersects with the centerline of thirtieth street southwest, then east on thirtieth street southwest until its intersection with the centerline of ninety-third avenue southwest, then north on ninety-third avenue southwest until its intersection with the centerline of twenty-ninth street southwest, then east on twenty-ninth street southwest until its intersection with the centerline of ninety-first avenue southwest, then north on ninety-first

avenue southwest and on an extended straight line until its intersection with the centerline of twenty-eighth street southwest, then east on twenty-eighth street southwest and on an extended straight line until its intersection with seventy-eighth avenue southwest, then south on seventy-eighth avenue southwest until its intersection with the centerline of thirtieth street southwest, then east on thirtieth street southwest until its intersection with the east boundary of Stark County, then south on the east boundary of Stark County until its intersection with the south boundary of Stark County, then west on the south boundary of Stark County until its intersection with the west boundary of East Stark Township, then north on the west boundary of East Stark Township until its intersection with the centerline of fortieth street southwest, then east on fortieth street southwest until its intersection with the centerline of tenth street southeast, then north on tenth street southeast until its intersection with the centerline of twentieth street southeast, then west on twentieth street southeast until its intersection with the centerline of sixth avenue southeast, then north on sixth avenue southeast until its intersection with the Dickinson city limit, then west and north on the Dickinson city limit until its intersection with the centerline of fifteenth street southeast, then east on fifteenth street southeast until its intersection with the centerline of southview avenue, then north on southview avenue until its intersection with the centerline of eighth street southwest, then west on eighth street southwest until its intersection with the centerline of eighth avenue southwest, then north on eighth avenue southwest until its intersection with the centerline of fifth street southwest, then west on fifth street southwest until its intersection with the Dickinson city limit, then north and west on the Dickinson city limit until its intersection with the centerline of state street, then north on state street until its intersection with the centerline of villard street, also identified as business interstate highway 94, then east on villard street until its intersection with the centerline of tenth avenue east, then north on tenth avenue east until its intersection with the centerline of fourteenth street east, then west on fourteenth street east until its intersection with the centerline of fourth avenue east, then north on fourth avenue east and an extended straight line until its intersection with the centerline of twenty-first street east, then west on twenty-first street east until its intersection with the centerline of tenth avenue west, then north on tenth avenue west until its intersection with the centerline of thirty-fourth street southwest, then east on thirty-fourth street southwest until its intersection with the centerline of state highway 22, then north on state highway 22 until its intersection with the centerline of thirty-third street southwest, then east on thirty-third street southwest until its intersection with the centerline of one hundred ninth avenue southwest, then north on one hundred ninth avenue southwest until its intersection with the centerline of thirty-second street southwest, then east on thirty-second street southwest until its intersection with the centerline of one hundred eighth avenue southwest, then south on one hundred eighth avenue southwest until its intersection with the centerline of thirty-third street southwest, then east on thirty-third street southwest until its intersection with the centerline of one hundred seventh avenue southwest, then north on one hundred seventh avenue southwest to the point of beginning.

37. District 37 consists of that part of the city of Dickinson in Stark County bound by a line commencing at the point where the centerline of thirty-fourth street southwest intersects the centerline of one hundred fourteenth avenue southwest, then east on thirty-fourth street southwest until its intersection with the centerline of tenth avenue west, then south on tenth avenue west until its intersection with the centerline of twenty-first street west, then east on twenty-first street west, also identified as twenty-first street east, until its intersection with the extended centerline of fourth avenue east, then south on the extended centerline of fourth avenue east until its intersection with the centerline of fourteenth street east, then east on fourteenth street east until its intersection with the centerline of tenth avenue east, then south on tenth avenue east until its intersection with the centerline of villard street, also identified as business interstate highway 94, then west on villard street until its intersection with the centerline of thirtieth avenue west, then north on thirtieth avenue west and a straight line extending north until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the centerline of one hundred fourteenth avenue southwest, then north on one hundred fourteenth avenue southwest to the point of beginning.

38. District 38 consists of all of Afton, Burlington, Burt, Des Lacs, Foxholm, Kirkelie, Rolling Green, and St. Marys Townships in Ward County; and those parts of Afton, Eureka, Harrison, and Waterford Townships and those portions of the city of Minot in Ward County not contained in Districts 3, 5, and 40.

39. District 39 consists of all of Bowman County, Billings County, Golden Valley County, and Slope County; all of Stark County except those portions contained in Districts 36 and 37; all of Hettinger County except that part contained in District 31; and that part of Dunn County bound by a line commencing at the point where the north boundary of South Dunn Township intersects with the centerline of one hundred twentieth avenue, then west on the north boundary of South Dunn Township until its intersection with the centerline of eighteenth street southwest, then east on eighteenth street southwest and an extended straight line until its intersection with the east boundary of South Dunn Township, then south on the east boundary of South Dunn Township until its intersection with the centerline of the Knife River, then southwest on the Knife River until its intersection with the centerline of twenty-first street southwest, then west on twenty-first street southwest until its intersection with the centerline of eighty-second avenue southwest, then south on eighty-second avenue southwest until its intersection with an extended centerline of twenty-fourth street southwest, then west on an extended centerline and on twenty-fourth street southwest until its intersection with the centerline of state highway 8, then south on state highway 8 until its intersection with the centerline of twenty-eighth street southwest, then west on twenty-eighth street southwest until its intersection with an extended straight line from the centerline of ninety-first avenue southwest, then south on a straight line extended from ninety-first avenue southwest and on ninety-first avenue southwest until its intersection with the centerline of twenty-ninth street southwest, then west on twenty-ninth street southwest until its intersection with the centerline of ninety-third avenue southwest, then south on ninety-third avenue southwest until its intersection with the centerline of thirtieth street southwest, then west on thirtieth street southwest until its intersection with the centerline of one hundred twentieth avenue southwest, then north on one hundred twentieth avenue southwest to the point of beginning.

40. District 40 consists of all of Margaret, Maryland, McKinley, and Tatman Townships in Ward County, that part of Waterford Township and the Minot air force base bound by a line commencing at the point where the east boundary of Waterford Township intersects with the centerline of bomber boulevard, then northwest on bomber boulevard until its intersection with the centerline of peacekeeper place, then northeast on peacekeeper place until its intersection with the east boundary of Waterford Township, and then south on the east boundary of Waterford Township to the point of beginning; and those parts of Eureka, Harrison, and Nedrose Townships, and that part of the city of Minot bound by a line commencing at the point where the centerline of thirtieth street northwest intersects with the north boundary of Eureka Township, also identified as one hundred twenty-eighth avenue northwest, then east and south on the north boundary of Eureka Township until its intersection with the northwest corner of Nedrose Township, then east on the north boundary of Nedrose Township until its intersection with the centerline of twenty-seventh street northeast, then south on twenty-seventh street northeast until its intersection with an extended line from the centerline of nineteenth avenue, then west on a straight line extended from nineteenth avenue and on nineteenth avenue until its intersection with the centerline of airport road, then west on airport road until its intersection with the centerline of nineteenth avenue, then west on nineteenth avenue until its intersection with the centerline of north broadway, also identified as United States highway 83, then south on north broadway until its intersection with the centerline of third avenue northwest until it becomes fourth avenue northwest, then west on fourth avenue northwest until its intersection with the centerline of sixteenth street northwest, then north on sixteenth street northwest until its intersection with the centerline of twenty-first avenue northwest, then west on twenty-first avenue northwest until its intersection with the centerline of thirtieth street northwest, then north on thirtieth street northwest to the point of beginning.

41. District 41 consists of the cities of Frontier and Prairie Rose in Cass County and that part of the city of Fargo and Stanley Township in Cass County bound by a line commencing at the

    point where the centerline of interstate highway 94 intersects the centerline of interstate highway 29, then east on interstate highway 94 until its intersection with the centerline of twenty-fifth street south, then south on twenty-fifth street south until its intersection with the centerline of twenty-fifth avenue south, then east on twenty-fifth avenue south until its intersection with the centerline of eighteenth street south, then south on eighteenth street south until its intersection with the centerline of thirtieth avenue south, then west on thirtieth avenue south until its intersection with the centerline of twenty-second street south, then south on twenty-second street south until its intersection with the centerline of thirty-second avenue south, then west on thirty-second avenue south until its intersection with the centerline of twenty-fifth street south, then south on twenty-fifth street south until its intersection with the centerline of fifty-second avenue south, also identified as county road 6, then west on fifty-second avenue south until its intersection with the centerline of prosperity way south, then south on prosperity way south and an extended straight line until its intersection with the centerline of sixty-fourth avenue south, then west on sixty-fourth avenue south and an extended straight line until its intersection with the centerline of interstate highway 29, then north on interstate highway 29 until its intersection with an extended line from the north boundary of Stanley Township, then west on the extended boundary of Stanley Township and on the north boundary of Stanley Township until its intersection with the centerline of forty-fifth street south, then north on forty-fifth street south until its intersection with the centerline of fortieth avenue south, then east on fortieth avenue south until its intersection with the centerline of interstate highway 29, then north on interstate highway 29 to the point of beginning.

42. District 42 consists of that part of the city of Grand Forks and Blooming, Brenna, Grand Forks, Mekinock, and Rye Townships in Grand Forks County bound by a line commencing at the point where the centerline of twenty-eighth street northeast intersects with the centerline of twenty-fourth avenue northeast, then east on twenty-fourth avenue northeast until it intersects with the centerline of interstate highway 29, then south on interstate highway 29 until it intersects with the centerline of twelfth avenue northeast, then west on twelfth avenue northeast until it intersects with an extended straight line from the centerline of nineteenth street, then north on a straight line extended from nineteenth street and on nineteenth street until it intersects with the centerline of United States highway 2, also identified as eighteenth avenue, then west on United States highway 2 until it intersects with the centerline of twenty-eighth street northeast, then north on twenty-eighth street northeast to the point of beginning.

43. District 43 consists of that part of Grand Forks Township and that part of the city of Grand Forks in Grand Forks County bound by a line commencing at the intersection of the centerline of interstate highway 29 and the centerline of the BNSF railway company right of way, then east on the BNSF railway company right of way until its intersection with the centerline of south twentieth street, then south on south twentieth street until its intersection with the centerline of twenty-fourth avenue south, then east on twenty-fourth avenue south until its intersection with the centerline of south seventeenth street, then south on south seventeenth street until its intersection with the centerline of twenty-eighth avenue south, than east on twenty-eighth avenue south until its intersection with the centerline of United States highway 81, then south on United States highway 81 until its intersection with the centerline of fortieth avenue south, then west on fortieth avenue south until its intersection with the centerline of south columbia road, then north on south columbia road until its intersection with the centerline of thirty-second avenue south, then west on thirty-second avenue south until its intersection with the centerline of interstate highway 29, then north on interstate highway 29 to the point of beginning.

44. District 44 consists of that part of the city of Fargo and Cass County bound by a line commencing at the point where the centerline of north university drive intersects the centerline of twenty-eighth avenue north, then east on twenty-eighth avenue north until its intersection with the centerline of broadway north, then north on broadway north until its intersection with the centerline of twenty-eighth avenue north, then east on twenty-eighth avenue north until its intersection with the centerline of elm street north, then south on elm street north until its

intersection with the centerline of twenty-second avenue north, then east on an extended straight line from twenty-second avenue north until its intersection with the centerline of the Red River, then south, west, and east on the Red River until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the centerline of tenth street north, then north on tenth street north until its intersection with the centerline of the BNSF railway company right of way, then north and west on the BNSF railway company right of way until its intersection with the centerline of twelfth street north, then north on twelfth street north until its intersection with the centerline of seventh avenue north, then west on seventh avenue north until its intersection with the centerline of the BNSF railway company right of way, then north and west on the BNSF railway company right of way until its intersection with the centerline of twelfth avenue north, then east on twelfth avenue north until its intersection with the centerline of north university drive, then north on north university drive to the point of beginning.

45. District 45 consists of all of Berlin, Gardner, Harwood, Kinyon, Noble, and Wiser Townships and the cities of Harwood, North River, and Reile's Acres in Cass County; and that portion of the cities of Fargo and West Fargo and Reed Township in Cass County bound by a line commencing at the point where the north boundary of Reed Township intersects the west boundary of Reed Township, then west on the north boundary of Reed Township until its intersection with the centerline of the Red River, then south and east on the Red River until its intersection with a straight line extending east from the centerline of twenty-second avenue north, then west on the straight line until its intersection with the centerline of elm street north, then north on elm street north until its intersection with the centerline of twenty-eighth avenue north, then west on twenty-eighth avenue north until its intersection with the centerline of broadway north, then south on broadway north until its intersection with the centerline of twenty-eighth avenue north, then west on twenty-eighth avenue north until its intersection with the centerline of north university drive, then south on north university drive until its intersection with the centerline of twelfth avenue north, then west on twelfth avenue north until its intersection with the centerline of interstate highway 29, then south on interstate highway 29 until its intersection with the centerline of business interstate highway 94, also identified as main avenue, then west on business interstate highway 94 until its intersection with the centerline of the Sheyenne River, then north, east, and west on the Sheyenne River until its intersection with the centerline of state highway 10, then west on state highway 10 until its intersection with the west boundary of Reed Township, then north on the west boundary of Reed Township to the point of beginning.

46. District 46 consists of the city of Briarwood and that part of the city of Fargo and Stanley Township in Cass County bound by a line commencing at the point where the centerline of thirty-second avenue south intersects the centerline of twenty-fifth street south, then east on thirty-second avenue south until its intersection with the centerline of twenty-second avenue south, then north on twenty-second avenue south until its intersection with the centerline of thirtieth avenue south, then east on thirtieth avenue south until its intersection with the centerline of eighteenth street south, then north on eighteenth street south until it intersects with the centerline of twenty-fifth avenue south, then east on twenty-fifth avenue south until its intersection with the centerline of south university drive, then north on south university drive until its intersection with the centerline of interstate highway 94, then east on interstate highway 94 until its intersection with the centerline of the Red River, then south on the Red River until its intersection with the south boundary of Stanley Township, then west, south, east, and south on the boundary of Stanley Township until its intersection with the centerline of seventy-first avenue south, then east on seventy-first avenue south until its intersection with the centerline of chrisan boulevard, then south on chrisan boulevard until its intersection with the east boundary of Stanley Township, then south on the east boundary of Stanley Township until its intersection with the centerline of seventy-sixth avenue south, then east on seventy-sixth avenue south until its intersection with the centerline of eagle point drive south, then north on eagle point drive south until its intersection with the centerline of seventy-fifth avenue south, then west and north on seventy-fifth avenue south, also identified as sixteenth street

south, until its intersection with the centerline of seventy-third avenue south, then west on seventy-third avenue south and an extended straight line until its intersection with the east boundary of Stanley Township, then north on the east boundary of Stanley Township until its intersection with an extended line from the centerline of prosperity way south, then north on the straight line extended from prosperity way south until its intersection with the centerline of county road 6, also identified as fifty-second avenue south, then east on county road 6 until its intersection with the centerline of twenty-fifth street south, then north on twenty-fifth street south to the point of beginning.

47. District 47 consists of that part of the city of Bismarck and Hay Creek Township in Burleigh County bound by a line commencing at a point where the centerline of the north segment of burnt creek loop intersects the centerline of river road, then south and east on river road until its intersection with a straight line extending west from the centerline of fifty-seventh avenue north, then east on the straight line and fifty-seventh avenue north until its intersection with the centerline of north washington street, then south on north washington street until its intersection with the centerline of forty-third avenue northeast, then west on forty-third avenue northeast until its intersection with the centerline of United States highway 83, also identified as state street, then south on United States highway 83 until its intersection with the centerline of interstate highway 94, then west on interstate highway 94 until its intersection with the centerline of the Missouri River, then north and west on the Missouri River until its intersection with a straight line extending west from the centerline of olive tree drive, then east on olive tree drive until its intersection with a straight line extending southwest from a point on the centerline of burnt creek loop that is east on an extended straight line from the centerline of magnolia drive, then north and east on burnt creek loop to the point of beginning.

**SECTION 2.** A new section to chapter 54-03 of the North Dakota Century Code is created and enacted as follows:

**Staggering of terms of members of the legislative assembly.**

1. a. A senator must be elected from each odd-numbered district in 2022 for a term of four years.

   b. Two representatives must be elected from each odd-numbered district not comprised of subdistricts in 2022 for a term of four years.

   c. A representative must be elected from each odd-numbered subdistrict in 2022 for a term of four years.

2. A senator and two representatives from districts ten and twenty-six must be elected in 2022 for a term of two years.

3. a. A senator must be elected from each even-numbered district in 2024 for a term of four years.

   b. Two representatives must be elected from each even-numbered district not comprised of subdistricts in 2024 for a term of four years.

   c. A representative must be elected from each even-numbered subdistrict in 2022 for a term of two years and in 2024 for a term of four years.

   d. The term of office of a representative elected in 2020 from an even-numbered district who as a result of redistricting is placed in an even-numbered district with more than one other representative elected in 2020 from an even-numbered district terminates December 1, 2022, and two representatives must be elected from that district in 2022 for a term of two years.

    e. The term of office of a senator elected in 2020 from an even-numbered district who as a result of redistricting is placed in an even-numbered district with one or more other senators elected in 2020 from an even-numbered district terminates December 1, 2022, and one senator must be elected from that district in 2022 for a term of two years.

4. The term of office of a member of the legislative assembly elected in an even-numbered district in 2020 for a term of four years and who as a result of legislative redistricting is placed in an odd-numbered district terminates December 1, 2022.

5. The term of office of a member of the legislative assembly elected in a district comprised of subdistricts as a result of legislative redistricting terminates on December 1, 2022.

6. Except as provided in subsection 7, a member of the legislative assembly elected from an even-numbered district in 2020 for a term of four years and who as a result of legislative redistricting is placed in an odd-numbered district may continue to serve the remainder of the term for which the member was elected beyond December 1, 2022, if the member changes the member's place of residence by February 1, 2022, to a location within the even-numbered district from which the member was elected and certifies in writing to the secretary of state and the chairman of the legislative management the member has established a new residence in that district as determined by section 54-01-26. If the member does not establish residency within the district from which the member was elected by February 1, 2022, the term of office of the member terminates on December 1, 2022.

7. The term of office of a member of the legislative assembly in an even-numbered district with new geographic area which area was not in that member's district for the 2020 election and which new geographic area has a 2020 population more than four thousand one hundred forty-four terminates on December 1, 2022.

8. For purposes of section 5 of article IV of the Constitution of North Dakota, a member of the legislative assembly elected from a district with boundaries that changed as a result of legislative redistricting is deemed to live in the district from which the member was elected until December 1, 2022.

**SECTION 3. REPEAL.** Sections 54-03-01.12 and 54-03-01.13 of the North Dakota Century Code are repealed.

**SECTION 4. SECRETARY OF STATE TO MODIFY ELECTION DEADLINES AND PROCEDURES.** If, as a result of a delay in implementation of this Act, it becomes necessary to modify election deadlines and procedures for the conduct of the 2022 primary election, the secretary of state, in consultation with city and county election officials, shall adopt modified election deadlines and procedures to allow the conduct of the 2022 primary election as scheduled. The modified deadlines and procedures may address filing and publishing deadlines and any other matters necessary to accommodate the conduct of the primary election.

**SECTION 5. LEGISLATIVE INTENT - BOUNDARIES.** It is the intent of the legislative assembly that, although this Act is effective on the day on which it is filed, the members of the legislative assembly elected under the redistricting plan in effect the day before this Act becomes effective shall continue to serve until implementation of this Act. Any reference in the legislative district descriptions to a city limit or a reservation boundary as a boundary line refers to the limit or boundary as it existed on January 1, 2020, as shown on the 2020 census maps. A legislative district boundary using a reservation boundary or city limit lines does not migrate as the reservation boundary or city limits migrate. For purposes of legislative district descriptions, unless cities are otherwise specifically named, townships encompass all the territory within their outer boundaries.

**SECTION 6. EFFECTIVE DATE.** This Act becomes effective upon its filing with the secretary of state.

H. B. NO. 1504 - PAGE 19

_[signature]_
Speaker of the House

_[signature]_
President of the Senate

_[signature]_
Chief Clerk of the House

_[signature]_
Secretary of the Senate

This certifies that the within bill originated in the House of Representatives of the Sixty-seventh Legislative Assembly of North Dakota and is known on the records of that body as House Bill No. 1504.

House Vote:   Yeas 73        Nays 18        Absent 3

Senate Vote:  Yeas 40        Nays 7         Absent 0

_[signature]_
Chief Clerk of the House

Received by the Governor at 5:08 P.M. on November 11, 2021.

Approved at 5:45 P.M. on November 11, 2021.

_[signature]_
Governor

Filed in this office this 12th day of November, 2021, at 8:37 o'clock A M.

_[signature]_
Secretary of State