# EXHIBIT 16



# VBM  (Vote By Mail)

| | | | | | |
|---|---|---|---|---|---|
| Barton | East Barton | Spring Lake | Juniata | Wolford **# 1** | Union |
| Dewey | Walsh | Torgerson | Tofte | Rush Lake | Hurricane Lake |

| | | |
|---|---|---|
| Ness | Christenson | Meyer |
| Jefferson | Tuscarora **# 3** | Reno Valley |
| Sandale | Balta | Elverum |
| Elling | Girard | Rosedale |

## Precinct #1

Townships: Juniata, Wolford, Union, Rush Lake, Hurricane Lake and City of Wolford

Courthouse

## Precinct #2

Townships: Hillside, Alexander, White, Antelope Lake, Truman, Hagel

Courthouse

## Precinct #3

Townships: Sandale, Elling, Girard, Rosedale, Ness, Jefferson, Tuscarora, Reno Valley, Balta, Elverum and City of Balta

Courthouse

| | | |
|---|---|---|
| Antelope Lake | Hillside **# 2** | Alexander |
| White | Truman | Hagel |



# ROLLETTE COUNTY VOTING PRECINCTS MAP
## ISSUED FOR REVIEW AND APPROVAL



CREATED BY: A HERBISON
REVIEWED BY:
APPROVED BY:
DATE:



PRECINCT_ID
40-09-01
40-09-02
40-09-03
40-09-04
40-09-05

ROADS
CITY STREETS

ROAD TYPE
County Road
State Highway
United States Highway



EDDY COUNTY VOTING PRECINCT MAP

ISSUED FOR REVIEW AND APPROVAL

CREATED BY: A HERBISON

REVIEWED BY:

APPROVED BY:

DATE:

**PRECINCT_ID**

141401
141402
141503
ROADS
County Road Shield
State Highway Shield
United States Highway Shield

141503

141402

141401

Eddy County





# BENSON COUNTY VOTING PRECINCTS MAP
## ISSUED FOR REVIEW AND APPROVAL

| | |
|---|---|
| CREATED BY:  A HERBISON | |
| REVIEWED BY: | |
| APPROVED BY: | |
| DATE: | |