**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL HOWE, in his official capacity as Secretary of State of North Dakota, <br><br> Defendant. | Civil No. 3:22-cv-00022-PDW-ARS |

     Pursuant to General Rule 1.13(F)(3) of the Local Rules of the United States District Court for the District of North Dakota, the undersigned attorney hereby requests the Court and counsel that Nicole M. Hansen, currently listed as counsel of record for Plaintiffs Turtle Mountain Band of Chippewa Indians, et al., wishes to withdraw as counsel for Plaintiffs Turtle Mountain Band of Chippewa Indians, et al. in this case due to ending my employment at the Campaign Legal Center effective today. The Plaintiffs will still be represented by all other counsel listed on the record.

Dated: July 7, 2023                                            s/ Nicole M. Hansen
                                                                                   Signature of Withdrawing Attorney

## CERTIFICATE OF SERVICE

I certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

 /s/ Nicole M. Hansen<br>
Nicole M. Hansen