## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS, et al.,<br><br>                                    Plaintiffs,<br><br>        v.<br><br>MICHAEL HOWE, in his official capacity as Secretary of State of North Dakota, et al.,<br><br>                                    Defendant. | Civil No. 3:22-cv-00022-PDW-ARS |

### PLAINTIFFS' MOTION FOR REMEDIAL ORDER

Plaintiffs respectfully move the Court for an order imposing Plaintiffs' Demonstrative Plan 2 to remedy the violation of Section 2 the Court found it its November 17, 2023 decision. For the reasons explained in Plaintiffs' memorandum in support of this motion, the motion should be granted.

December 22, 2023

/s/ Michael S. Carter
Michael S. Carter
OK Bar No. 31961
Matthew Campbell
NM Bar No. 138207, CO Bar No. 40808
mcampbell@narf.org
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Ave.
Boulder, CO 80302
Telephone: (303) 447-8760
*Counsel for Appellees*

Samantha B. Kelty
AZ Bar No. 024110, TX Bar No. 24085074
kelty@narf.org

Respectfully submitted,

/s/ Mark P. Gaber
DC Bar No. 988077
mgaber@campaignlegal.org
Molly E. Danahy
DC Bar No. 1643411
mdanahy@campaignlegal.org
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, DC 20005
Telephone: (202) 736-2200
Fax: (202) 736-2222
*Counsel for Appellees*

Bryan Sells
GA Bar No. 635562

1

NATIVE AMERICAN RIGHTS FUND
950 F Street NW, Ste. 1050
Washington, DC 20004
Telephone: (202) 785-4166
*Counsel for Appellees*

/s/ Timothy Q. Purdon
Timothy Q. Purdon
N.D. Bar No. 05392
TPurdon@RobinsKaplan.com
ROBINS KAPLAN, LLP
1207 West Divide Avenue, Suite 200
Bismarck, ND 58501
Telephone: (701) 255-3000
Fax: (612) 339-4181
*Counsel for Appellees Spirit Lake Nation and
Turtle Mountain Band of Chippewa*

bryan@bryansellslsaw.com
THE LAW OFFICE OF BRYAN L. SELLS,
LLC
PO Box 5493
Atlanta, GA 31107-0493
Telephone: (404) 480-4212
*Counsel for Appellees*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all counsel of record via the Court's CM/ECF system.


*/s/ Mark P. Gaber*
Mark P. Gaber
*Counsel for Plaintiffs*