IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| TURTLE MOUNTAIN BAND OF CHIPPEWA INDIANS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL HOWE, in his official capacity as Secretary of State of North Dakota, et al.,<br><br>Defendant. | Civil No. 3:22-cv-00022-PDW-ARS |

**[PROPOSED] ORDER**

The Court permanently enjoined the Secretary, pursuant to Section 2 of the Voting Rights Act, 52 U.S.C. § 10301, from implementing North Dakota legislative districts 9, 9A, 9B, and 15, on November 17, 2023. Doc. 125. The Court provided the North Dakota Legislative Assembly ("the Assembly") until December 22, 2023 to adopt and file with the Court a remedial plan. The Assembly has not done so. The Court is thus faced with the task of imposing a remedial plan. *See Wise v. Lipscomb*, 437 U.S. 535, 540 (1978).

Plaintiffs have moved the Court to impose Plaintiffs' Demonstrative Plan 2 to remedy the Section 2 violation. Having reviewed the plan and the expert testimony regarding it, Plaintiffs' motion is **GRANTED**. The Secretary is **ORDERED** to implement Plaintiffs' Demonstrative Plan 2, to take effect beginning with the 2024 elections.

**IT IS SO ORDERED**.

Dated: December __, 2023

_____
Hon. Peter Welte
Chief United States District Judge