# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1600

_____

In Re: North Dakota Legislative Assembly; William R. Devlin; Senator Ray Holmberg; Senator Richard Wardner; Senator Nicole Poolman; Michael Nathe, Representative; Terry Jones, Representative; Claire Ness, Senior Counsel at the North Dakota Legislative Council

Petitioners

_____

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00022-PDW)

_____

**JUDGMENT**

Before COLLOTON, Chief Judge, BENTON, and KELLY, Circuit Judges.

In light of *Turtle Mountain Band of Chippewa Indians v. North Dakota Legislative Assembly*, No. 23-847, 2024 WL 3259672 (U.S. July 2, 2024), this case is dismissed as moot, and the district court's orders of March 14, 2023, R. Doc. 71, and February 10, 2023, R. Doc. 63, are vacated as moot. See *GATX/Airlog Co. v. U.S. Dist. Ct. for N. Dist. of Cal.*, 192 F.3d 1304, 1308 (9th Cir. 1999); *In re Gen. Motors Corp.*, No. 94-2435, 1995 WL 940063, at *1 (4th Cir. 1995).

August 06, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Maureen W. Gornik