# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1600

In re: North Dakota Legislative Assembly, et al.

Petitioners

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00022-PDW)

---

## MANDATE

In accordance with the judgment of August 6, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 06, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit