# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3697

Turtle Mountain Band of Chippewa Indians, et al.

Appellees

v.

Michael Howe, in his Official Capacity as Secretary of State of North Dakota

Appellee

North Dakota Legislative Assembly

Appellant

William R. Devlin, Representative also known as Bill Devlin, et al.

No: 24-1171

Turtle Mountain Band of Chippewa Indians, et al.

Appellees

v.

Michael Howe, in his Official Capacity as Secretary of State of North Dakota

Appellee

North Dakota Legislative Assembly

Appellant

William R. Devlin, Representative also known as Bill Devlin, et al.

---

Appeals from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00022-PDW)

---

## MANDATE

In accordance with the opinion and judgment of May 14, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matters.

June 06, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit